UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Thomas Miscia, | : |
|               Plaintiff, | : Civil Action No.: 3:15-cv-01569 |
| v. | : COMPLAINT |
| Kohl's Department Stores, Inc., | : |
|               Defendant. | : October 27, 2015 |

For this Complaint, Plaintiff, Thomas Miscia, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Thomas Miscia ("Plaintiff"), is an adult individual residing in Hartford, Connecticut, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant Kohl's Department Stores, Inc. ("Kohl's"), is a business entity located in Menomonee Falls, Wisconsin and is a "person" as defined by 47 U.S.C. § 153(39).

**ALLEGATIONS APPLICABLE TO ALL COUNTS**

5. In or around June 2015, Kohl's began calling Plaintiff's cellular telephone, number 860-XXX-2415, from telephone number 262-704-9930 using an automatic telephone dialing system ("ATDS") and using an artificial or prerecorded voice.

6. When Plaintiff answered calls from Kohl's, he heard a prerecorded message asking him to call Kohl's.

7. On or about July 9, 2015, Plaintiff spoke with a live representative and requested that Kohl's stop calling his cellular telephone number.

8. Nevertheless, Kohl's continued to place automated calls to Plaintiff's cellular telephone number.

**COUNT I**
**VIOLATIONS OF THE TCPA –**
**47 U.S.C. § 227, *et seq.***

9. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10. At all times mentioned herein, Defendant called Plaintiff's cellular telephone number using an ATDS and/or using a prerecorded or artificial voice.

11. Despite being directing to cease such calls, Defendant continued to place automated telephone calls to Plaintiff's cellular telephone number.  As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

12. The telephone number called by Defendant was assigned to a cellular telephone service pursuant to 47 U.S.C. § 227(b)(1).

13. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

14. Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

15. Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each call made in knowing and/or willful violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

**Dated: October 27, 2015**

Respectfully submitted,

By  /s/ *Sergei Lemberg*

**Sergei Lemberg, Esq.**
**LEMBERG LAW L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile:  (203) 653-3424**
**Attorney for Plaintiff**